People of State of Illinois, Defendant in Error, v. Frank Grover, Plaintiff in Error.

Gen. No. 10,658. 

Frank Grover, *pro se*, plaintiff in error; William L. Guild, State's Attorney of Du Page county, for defendant in error; Robert J. Scott, Assistant State's Attorney, of counsel. Opinion by JUSTICE ANDERSON. **Not to be published in full.** Opinion filed May 15, 1953; released for publication May 29, 1953.